UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SADIE SPANGLER and RONNIE SPANGLER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-365 |
| | ) | (Shirley) |
| RALPH HAMILTON PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 8]. The Court held a telephone conference in this matter on February 15, 2006. Participating on behalf of the plaintiffs was attorney Robert J. English. Participating on behalf of the defendant was attorney John M. Lawhorn.

The parties orally requested a continuance of the trial of this case, as well as other deadlines set forth in the Scheduling Order [Doc. 10]. For good cause shown, the parties' oral motion for continuance is **GRANTED**. The Scheduling Order [Doc. 10] is hereby **AMENDED** as follows:

 1. The trial of this matter shall be continued to **June 13, 2006**;

 2. A pretrial conference will be held on **May 2, 2006 at 9:30 a.m.**;

3. Disclosure of any expert testimony in accordance with Fed. R. Civ. P. 26(a)(2) shall be made by the defendant on or before **April 3, 2006**; and

4. All discovery, including the taking of depositions "for evidence," shall be completed at least 30 days before trial.

**IT IS SO ORDERED.**

                                **ENTER:**

                                s/ C. Clifford Shirley, Jr.
                                United States Magistrate Judge